IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Jevarreo Kelley-Lomax, | ) |
| *Plaintiff-Appellant* | ) |
| -vs- | ) No. 24-2682 |
| City of Chicago, et al., | ) |
| *Defendants-Appellees* | ) |

## MOTION TO EXTEND TIME FOR FILING OF OPENING BRIEF AND SHORT APPENDIX

Plaintiff-Appellant Jevarreo Kelley-Lomax, by counsel, moves the Court to extend by 30 days (to January 22, 2025) the time in which plaintiff-appellant may file his opening brief and short appendix.

Grounds for this motion are as follows:

1. The brief of plaintiff-appellant is due on December 23, 2024.

2. This is plaintiff-appellant's second request for an extension.

3. Grounds for this motion are set out in the attached declaration of counsel.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*An Attorney for Plaintiff-Appellant*

# DECLARATION OF JOEL A. FLAXMAN

I declare under penalty of perjury that the following is true and correct:

1. My name is Joel A. Flaxman. I am the attorney with the primary responsibility for the preparation of appellant's opening brief in this case, now due on December 23, 2024.

2. I am requesting additional time to complete the opening brief of appellant because of my intervening professional obligations, which include the opening brief in *Bourke v. McDonough*, 24-2221, due on December 16, 2024, after two extensions, and the response to a summary judgment motion in *Blossom v. Wexford*, 3:22-cv-361 (C.D. Ill.), filed on December 10, 2024.

Dated: December 13, 2024

                              /s/ <u>Joel A. Flaxman</u>
                                  Joel A. Flaxman